



# MEMORANDUM OPINION

No. 04-10-00062-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Griselda **JOHNSTON**, et al,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 07-07-46107
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  April 28, 2010

DISMISSED

The Appellant State Farm County Mutual Insurance Company of Texas has filed a motion, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2), stating the parties have resolved the dispute at issue and requesting this court dismiss this appeal.  The motion is granted and the appeal is hereby dismissed.  TEX. R. APP. P. 42.1(a)(2).

PER CURIAM